**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cv-25100-JB/Shaw-Wilder**

KENNETH CONARY, a/k/a "Bounce,"

Plaintiff,

v.

STATE OF FLORIDA,

Defendant.
_____________________________________________/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court on United States Magistrate Judge Detra Shaw-Wilder's Report and Recommendation ("Report"). In the Report, Magistrate Judge Shaw-Wilder recommends that the Court dismiss this action without prejudice. ECF No. [11]. No objections to the Report have been filed, and the time to do so has passed.

After careful consideration of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report, ECF No. [52], is **AFFIRMED** and **ADOPTED**.
2. This action is **DISMISSED WITHOUT PREJUDICE**.
3. The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 5th day of October, 2026.

_____________________________________

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**